**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**

IN RE:

CHRISTOPHER M. ANTOINE — CASE NO.: 26-10606
DEBTOR — CHAPTER 13

**TRUSTEE'S RESPONSE TO OBJECTION TO PROOF OF CLAIM #8, FIDELITY BANK**

Now into Court comes Annette C. Crawford, Chapter 13 Trustee, who moves the Court as follows:

1.

Debtor(s) Chapter 13 petition was filed on 7/2/26 and the Objection to Proof of Claim #8, Fidelity Bank is set for hearing on 11/18/26.

2.

Debtor objected to the Fidelity Bank mortgage arrearage claim, #8 stating that the amount of on-going escrow payment should be $352.96, not $939.70.

3.

Debtor based the $352.96 figure on adding the annual tax of $671.55, flood insurance of $720 ( both of which do match the 2025 figures) and claimed that the correct homeowner's insurance is $2844. No documentation was provided for the $2844 but the amount paid on hazard insurance to date in 2026 is $4998.28 per the proof of claim filed.

4.

Debtor failed to make his mortgage payments for a long time which required the mortgage company to get hazard insurance.

5.

The proof of claim was amended to increase the mortgage arrears to $25,164.02 to make up for the projected shortage of $2662.47 which appears to be the difference in the hazard insurance/homeowner's insurance.

6.

Without any actual documentation on debtor's part, the amended proof of claim is well founded.

7.

The escrow was reduced from $939.70 to $579.83 for a total monthly payment of $1379.87 instead of $1739.74.

8.

To date, debtor's counsel has not withdrawn their claim objection so trustee files this response out of an abundance of caution.

Wherefore, Trustee responds to the Objection to Proof of Claim #8, Fidelity Bank.

RESPECTFULLY SUBMITTED BY

s/Annette C. Crawford

ANNETTE C. CRAWFORD
CHAPTER 13 STANDING TRUSTEE
8778 GOODWOOD BLVD
BATON ROUGE, LOUISIANA 70806
TELEPHONE: (225) 928-2531
crawfordtrustee@annettecrawford.com